**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SANTEN PHARMACEUTICAL CO., LTD., ASAHI GLASS CO., LTD., and OAK PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-353-CFC |
| MICRO LABS LIMITED, and MICRO LABS USA INC. | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's September 20, 2018 Oral Order, the parties submit this joint status report.

On March 27, 2018, the Court stayed this litigation pending the final written decision of *inter partes review* of all claims of the patent in suit (IPR2017-01434). D.I. 85. A decision by the Patent Trial and Appeal Board is expected no later than November 29, 2018. Per the Court's March 27, 2018 Order, the parties will advise the Court in writing of the status of the case within 30 days of the conclusion of the *inter partes review* proceeding. *Id.* Defendants have represented that they do not intend to seek relief from this Court on any non-infringement or invalidity issue regardless of how the PTAB rules, but may appeal any unfavorable decision from the PTAB. D.I. 78.

Counsel are available at the Court's convenience should Your Honor have any questions.

| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Pilar G. Kraman* |
| Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Plaintiffs*<br><br>Dated:  October 4, 2018 | Adam W. Poff (#3990)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Defendants* |