IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTEN PHARMACEUTICAL CO., LTD., ASAHI GLASS CO., LTD. and OAK PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICRO LABS LIMITED and MICRO LABS USA INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C.A. No. 16-353 (CFC) |

## STIPULATION [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

The Plaintiffs Santen Pharmaceutical Co., Ltd, Asahi Glass Co., Ltd., and Oak Pharmaceuticals, Inc., and Defendants Micro Labs Limited and Micro Labs USA Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby move for an order dismissing all claims WITH PREJUDICE, subject to the terms of the parties' settlement agreement, with each party to bear its own costs, expenses and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Pilar G. Kraman* |
| Jack. B. Blumenfeld (#1024)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Plaintiffs* | Adam W. Poff (#3990)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Defendants* |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Eric J. Lobenfeld<br>Arlene L. Chow<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000 | H. Keeto Sabharwal<br>Cedric Tan<br>Alton L. Hare<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1200 Seventeenth Street, NW<br>Washington, DC 20036-3006<br>(202) 663-8000<br><br>Michelle A. Herrera<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 W. Broadway, Suite 1100<br>San Diego, CA 92101<br>(619) 234-5000 |

November 29, 2018

SO ORDERED this day 30th of November 2018

_____
The Honorable Judge Colm F. Connolly